Bill Henderson
Cheshire C.I.
900 Highland Ave
Cheshire Conn. 06410
N.B. 1 - Cell. 149
210215

☆ Notice of Intent to Appeal.
Case #- 3:21-CV-1078 (VAB)

2-13-24

SCANNED at CCI
and Emailed
2/14/24 by MB . 1 pages
date    initials   No.